BEFORE THE FIRST DIVISION, JUNE 15, 1955

**No. 59139.**—Tombarel Products Corp. et al. *v.* United States, protests 184357–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59140.**—Bertrand Freres, Inc., et al. *v.* United States, protests 195221–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 15, 1955

**No. 59141.**—Leslie B. Canion and Service Drilling Co. *v.* United States, protest 202480–K (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel A. P. I. casings similar in all material respects to those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.